**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory MAYS, Defendant–Appellant.**

No. 02–16067.

D.C. No. CV–00–04031–TEH,
CR–90–00293–TEH.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 15, 2003.

Before RYMER, KLEINFELD and
FISHER, Circuit Judges.

## MEMORANDUM**

Gregory Mays appeals the district court's denial of his 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 2253(a). Reviewing de novo, *United States v. Benboe,* 157 F.3d 1181, 1183 (9th Cir.1998), we affirm.

In his third § 2255 motion, Mays seeks to raise a claim of error under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). The rule of *Apprendi,* however, cannot be raised in a successive collateral petition because the Supreme Court has not made *Apprendi* retroactive. *Rees v. Hill,* 286 F.3d 1103, 1104 (9th Cir.2002) (stating that "we necessarily determined [in *United States v. Sanchez–Cervantes,* 282 F.3d 664, 665 (9th Cir.), *cert. denied,* — U.S. —, 123 S.Ct. 48, 154 L.Ed.2d 243 (2002)] that the Supreme Court has not previously made *Apprendi* retroactive to cases on collateral review"). In addition, *Apprendi* is not available even on initial collateral review. *Sanchez–Cervantes,* 282 F.3d at 665 (concluding that "the new rule of criminal procedure announced in *Apprendi* does not apply retroactively on initial collateral review").

Thus, the district court properly denied Mays's motion. *See* 28 U.S.C. § 2244(b)(2)(A), (b)(4); *United States v. Villa–Gonzalez,* 208 F.3d 1160, 1165 (9th Cir.2000) (per curiam) (stating that it is proper to deny a successive motion when the record conclusively demonstrates that

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the statutory requirements for successive motions are not met).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). We deny appellant's request for oral argument, and we also deny his renewed motion for appointment of counsel.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.